UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERRY A. BRENDEN,

        Plaintiff,

        v.

SELLEN CONSTRUCTION,

        Defendant.

CASE NO. C05-427RSM

ORDER ON PENDING MOTIONS

The Court, having considered plaintiff's two pending motions, does now find and ORDER:

(1) <u>Motion for Appointment of Counsel</u> (Dkt. # 5).

Plaintiff's motion for appointment of counsel is DENIED; he has not shown any statutory basis therefore. Although counsel can be requested to represent a party proceeding *in forma pauperis* under 28 U.S.C. § 1915(e)(1), that section contains no provision for compensating counsel. The limited resources of the *pro bono* panel are reserved for meritorious cases.

(2) <u>Motion to Restrain other Courts</u> (Dkt. # 6).

Plaintiff's motion to "hold/stop other courts from attaching forced early retirement" is DENIED for lack of jurisdiction.

DATED this 15th day of <u>April</u>, 2005.

        RICARDO S. MARTINEZ
        UNITED STATES DISTRICT JUDGE

ORDER ON PENDING MOTIONS - 1