# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WASHINGTON

JERRY A. BRENDEN,

    Plaintiff - Appellant,

v.

SELLEN CONSTRUCTION,

    Defendant - Appellee.

No. 05-35606
D.C. No. CV-05-00427-RSM

**ORDER**

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SA  JUL - 8 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: There is no legal basis for appeal.

_____
Judge Martinez
United States District Court

Date: July 8, 2005

05-CV-00427-ORD